# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CANDICE WHITE, *individually, and on behalf of others similarly situated,* | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 1:11-CV-00955-TCB ) |
| BLUEPAY PROCESSING, LLC, | ) ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, CANDICE WHITE, KENNETH TEVIS, and NATALIE WALKER-JOHNSON, and Defendant, BLUEPAY PROCESSING, LLC, by and through the undersigned counsel, hereby advise the Court that all arbitration proceedings have been closed and the parties hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted this 23rd day of September, 2011.

**SHAVITZ LAW GROUP, P.A.**
/s/Gregg I. Shavitz
Gregg I Shavitz
Florida Bar No. 11398
Email: gshavitz@shavitzlaw.com
(admitted *pro hac vice*)
1515 S. Federal Hwy, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
*Attorneys for Plaintiffs*

**LOCKE LORD BISSELL & LIDDELL, LLP**
/s/ Elizabeth J. Campbell
Elizabeth J. Campbell
Locke Lord Bissell & Liddell, LLP-ATL
Terminus 200, Suite 1200
3333 Piedmont Road, NE
Atlanta, GA 30305
404-870-4600
Fax: 404-872-5547
Email: ecampbell@lockelord.com

**TAYLOR ENGLISH DUMA LLP**

/s/ Matthew Rosenkoff
Matthew Rosenkoff
Georgia Bar No. 842117
1600 Parkwood Circle - Suite 400
Atlanta, Georgia  30339
(770) 434-6868
(770) 434-7376 (Facsimile)
Counsel for Plaintiffs
Email: mrosenkoff@taylorenglish.com
*Attorneys for Plaintiffs*